```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__ 5/20/2024

Richard Wahlers,

                                                         Petitioner,

                -against-

New York State Board of Parole,

                                                         Respondent.

23-cv-3567-CS-VR

**ORDER**

------------------------------------------------------------------

**VICTORIA REZNIK, United States Magistrate Judge:**

       Petitioner Richard Wahlers, pro se, petitions this Court for a writ of habeas corpus under 28 U.S.C. § 2254. (ECF No. 1). Respondent New York State Board of Parole opposes Wahlers' petition. (ECF Nos. 26, 27). Before resolving the merits of the petition, the Court requires clarification from the parties on two issues.

       First, the Court understands that Wahlers was sentenced on September 6, 2017, to an aggregate term of six years' probation. (*See* ECF No. 27-9 at 5). The parties are directed to identify the dates when Wahlers' period of probation began and when it is set to expire.

       Second, the Court understands that Wahlers may be subject to certain sex offender registration requirements. (*See* ECF No. 27-9 at 5, 15–16). The parties are directed to identify whether Wahlers is currently subject to any sex offender registration requirements, the nature of those requirements, and their expected expiration.

       Within 30 days of the date of this Order, each party is hereby **ORDERED** to submit a letter, not to exceed three pages, exclusive of exhibits, responding to the issues raised in this Order.

**PETITIONER IS HEREBY INFORMED THAT FAILURE TO RESPOND TO THIS ORDER MAY RESULT IN A REPORT AND RECOMMENDATION, RECOMMENDING DISMISSAL OF THIS § 2254 PETITION.**

The Clerk of Court is respectfully directed to mail a copy of this order to Petitioner and to show proof of service on the docket.

**SO ORDERED.**

DATED:   White Plains, New York
         May 20, 2024

_____
VICTORIA REZNIK
United States Magistrate Judge